IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–127–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| OSCAR ANTONIO VALENZUELA, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and

Recommendation in this matter on July 30, 2019. Neither party objected and

therefore they are not entitled to *de novo* review of the record. 28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Oscar Antonio Valenzuela's

guilty plea after Valenzuela appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to crime of conspiracy to distribute and to possess with the intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) as charged in Count I of the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 25), and I adopt them in full.

Accordingly, IT IS ORDERED that Oscar Antonio Valenzuela's motion to change plea (Doc. 17) is GRANTED and Oscar Antonio Valenzuela is adjudged guilty as charged in Count I of the Indictment.

DATED this 15th day of August, 2019.

Dana L. Christensen, Chief District Judge
United States District Court